# EXHIBIT "C"

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------X   Index No. 14870/07
EDDY POLANCO AND FATIMA POLANCO,

              Plaintiffs,

    - against -                             RESPONSE TO REQUEST
                                            FOR SUPPLEMENTAL
                                            DEMAND FOR RELIEF
YOUNG KIM,

              Defendant.
---------------------------------------X
```

Plaintiffs by their attorney, Nelly Stotland, set forth the following as and for their response defendant's Request for Supplemental Demand for Relief:

Plaintiff, Edie Polanco, demands damages in the amount of One Million ($1,000,000.00) Dollars.

Plaintiff, Fatima Polanco, demands damages in the amount of One Million ($1,000,000.00) Dollars.

Dated: Queens, New York
       August 13, 2007

                                    _____
                                    Nelly Stotland, Esq.
                                    Attorney for Plaintiffs
                                    118-21 Queens Blvd, Ste 404
                                    Forest Hills, NY 11375
                                    (718) 261-0133

To:

Kay & Gray
Attorneys for Defendant
YOUNG KIM
875 Merrick Avenue
Westbury, New York 11590

1

(516) 229-4426
File # 07R0495