```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
EDDY POLANCO and FATIMA POLANCO,        :   07 CIV. 7700 (DLC)
                                        :
                        Plaintiffs,     :   PRETRIAL
                                        :   SCHEDULING ORDER
        -v-                             :
                                        :
YOUNG KIM,                              :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on October 31, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **November 9, 2007**.

2. The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to **January 25, 2008** in order to pursue settlement discussions under his supervision.

3. All fact discovery must be completed by **February 29, 2008**.

4. Defendant's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **March 14, 2008**. Plaintiffs' identification of experts and disclosure of expert testimony must occur by **April 4, 2008**.

5. All expert discovery must be completed by **April 24, 2008**.

6. The Joint Pretrial Order must be filed by **May 16, 2008**.

      As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:    New York, New York
          October 31, 2007

                                _____
                                  DENISE COTE
                      United States District Judge