UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X
                                                                    :
EDDY POLANCO and FATIMA POLANCO,                                    :     07 CIV. 7700 (DLC) (KNF)*
                                                                    :
                            Plaintiffs,                             :     ORDER OF
                                                                    :     REFERENCE TO A
            -v-                                                     :     MAGISTRATE JUDGE
                                                                    :
YOUNG KIM,                                                          :
                                                                    :
                            Defendant.                              :
                                                                    :
------------------------------------------------------------------ -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07
```

DENISE COTE, District Judge:

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |

\*   Do not check if already referred for general pretrial.

      **SO ORDERED**:

DATED:   New York, New York
                October 31, 2007

                                                _____
                                                DENISE COTE
                                            United States District Judge