**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDDY POLANCO AND FATIMA POLANCO

           Case No.: **07 CIV 7700**

-against-           Assigned to: Hon. Denise Cote

YOUNG KIM

**APPEARANCE**

PLEASE TAKE NOTICE that Nelly Stotland of Law Office of Nelly Stotland & Associates, P.C., hereby enters his Appearance on behalf of Plaintiffs in the above captioned matter.

Dated: Queens, New York
       November 1, 2007

                    s/ Nelly Stotland
                 **Nelly Stotland, Esq.**
                 Attorney for Plaintiffs
                 118-21 Queens Blvd, Ste 404
                 Forest Hills, NY 11375
                 Tel # (718) 261-0133
                 Fax # (718) 261-0340

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2007, I electronically filed the above document(s) with the Clerk of the Court using ECF system, which will send notification of such filing to all parties who are currently on the list to receive e-mail notices for this case.

    s/ Nelly Stotland
**Nelly Stotland, Esq.**
Attorney for Plaintiffs
118-21 Queens Blvd, Ste 404
Forest Hills, NY 11375
Tel # (718) 261-0133
Fax # (718) 261-0340

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com