UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
EDDY POLANCO AND FATIMA POLANCO,

                            Plaintiffs,      **07 CIV 7700**

      -against-

                                          DEMAND FOR
YOUNG KIM,                                     TRIAL BY
                                            **JURY**
                        Defendant.
                                            Assigned to:
                                            Hon. Cote
------------------------------------X
    SIRS:

       PLEASE TAKE NOTICE, that plaintiffs hereby demand trial by jury in the above-captioned action.

Dated:  Queens, New York
       November 1, 2007

                                         s/Nelly Stotland
                                         **Nelly Stotland, Esq. (NS-4223)**
                                         Law Office of Nelly Stotland
                                         & Associates, P.C.
                                         **Attorney for Plaintiffs**
                                         118-21 Queens Blvd, Ste 404
                                         Forest Hills, NY 11375
                                         (718) 261-0133

To:

**James G. Bilello & Associates**
Attorneys for Defendant
**Young Kim**
875 Merrick Avenue
Westbury, New York 11590
(516) 229-4426
File # 07R0495

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2007, I electronically filed the above document(s) with the Clerk of the Court using ECF system, which will send notification of such filing to all parties who are currently on the list to receive e-mail notices for this case.

      s/ Nelly Stotland
**Nelly Stotland, Esq. (NS-4223)**
Attorney for Plaintiffs
118-21 Queens Blvd, Ste 404
Forest Hills, NY 11375
Tel # (718) 261-0133
Fax # (718) 261-0340

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com