```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDDY POLANCO, ET AL.,                         :

                Plaintiffs,                   :

        -against-                             :
                                                        ORDER
YOUNG KIM,                                    :   07 Civ. 7700 (DLC)(KNF)

                Defendant.                    :

------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/05/07
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

   IT IS HEREBY ORDERED that:

   (1)   a settlement conference shall be held in the above-captioned action on January 15, 2008, at 10:30 a.m., in courtroom 20A, 500 Pearl St., New York, New York;

   (2)   the parties shall review the Settlement Procedures under which the conference will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the Court's website at:

   **http://www1.nysd.uscourts.gov/judge_info.php?id=63**; and

   (3)   at least seven days prior to the above-noted settlement conference, the parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the settlement conference, the parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York        SO ORDERED:
       November 2, 2007

                                 *Kevin Nathaniel Fox*
                                 KEVIN NATHANIEL FOX
                                 UNITED STATES MAGISTRATE JUDGE