**James G. Bilello & Associates**
Attorneys at Law
Employees of Government Employees Insurance Company
875 Merrick Avenue
Westbury, NY 11590-6603
Phone: (516) 229-4300
Fax: (516) 229-4303
Writer's direct line: (516) 229-4312

**MEMO ENDORSED**

November 29, 2007

Honorable Kevin N. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 540
New York, NY 10007

Re: Polanco v. Kim
Docket Number: 07CV7700 (DLC) (KNF)
Our File Number: 07K0908

Dear Honorable Sir:

    We are the attorneys for the defendant Young Kim in the above-captioned action. We are writing in regard to the settlement conference which has been scheduled before Your Honor for January 15, 2008 at 10:30 a.m. We are writing to request an adjournment of the settlement conference.

    We are requesting an adjournment of the settlement conference on two grounds. The first one is that, as of today, I have a conflict with a previously scheduled arbitration in a case arising in the Eastern District of New York for January 15, 2008. In addition, the deadline for discovery set by Judge Cote was for February 29, 2008. We have conferred with plaintiff's counsel and have agreed that it would be unlikely that we would have all the necessary discovery for a productive conference by January 15, 2008. At the present time we have scheduled the depositions for December 17, 2007. The physical examination, which we would conduct after the depositions, even if done prior to January 15th, 2008, would probably not result in a report by the date of the conference.

    Ms. Stotland, plaintiff's counsel, consented to an adjournment of the conference in our telephone conversation of November 27, 2007. We would request that the conference be rescheduled for a date in early March 2008. I am currently scheduled to start a lengthy trial in the Eastern District of New York in the case of Colon v. Cole Bros. Circuit, 04-CV-3606, starting on February 4, 2008. As of the present date I have no conflicting dates for early March except for March 7, 2008.

*[Handwritten endorsement:]* 12/5/07 Application granted. The settlement conference will be held on March 4, 2008, at 2:30 p.m. SO ORDERED. /s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, USMJ

Thank you for your attention to this matter.

Very respectfully yours,

John W. Kondulis, Esq.
JAMES G. BILELLO & ASSOCIATES

JWK/jp

CC:

Law Offices of Nelly Stotland & Assoc.
118-21 Queens Boulevard
Suite 404
Forest Hills, NY 11375