LAW OFFICES
**NELLY STOTLAND & ASSOCIATES P.C.**

118 - 21 Queens Boulevard, Suite 404, Forest Hills, New York 11375
(718) 261-0133 • Fax (718) 261-0340

# MEMO ENDORSED



February 19, 2008

Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

Re:    Polanco v. Kim
Docket Number: 07CV7700 (DLC)(KNF)

Dear Honorable Cote:

    I am attorneys for the plaintiffs Edy and Fatima Polanco in the above captioned action. I am writing with regard to outstanding discovery that is owed by the defendant with regard to this matter. Defendant has failed to comply with plaintiff's discovery demands, which are now due and owning. Pursuant to your Honor's Rules and local Civil Rule 37.2, I request a conference for leave to file a motion to compel production of discovery and other appropriate sanctions.

    The following discovery demands have not yet been responded to by the defendant: Plaintiff's Interrogatories to Defendant, served on December 10, 2007.
    Plaintiff's Combined Demands, dated July 16, 2007, which were served on July 20, 2007 and were due on August 20, 2007.
    Plaintiff's Notice for Discovery and Inspection, dated July 16, 2007, which were served on July 20, 2007 and were due on August 20, 2007.

    Plaintiff is being particularly prejudiced by defendant's failure to provide aforementioned discovery, particularly since pursuant to Pretrial Scheduling Order, dated October 31, 2007 all fact discovery must be completed by February 29, 2008.

Very truly yours,

Nelly Stotland, Esq.

Cc: Law Offices of James Bilello & Associates
875 Merrick Avenue
Westbury, New York 11590

*[Handwritten endorsement:]* 2/25/08 Counsel are required to meet and confer to resolve any discovery disputes. In the event the conference fails to resolve all disputes, plaintiffs may arrange a joint conference call with the Court on Wednesday, 2/27 at 3:00 p.m. — Denise Cote