## LAW OFFICES
## NELLY STOTLAND & ASSOCIATES P.C.

118 - 21 Queens Boulevard, Suite 404, Forest Hills, New York 11375
(718) 261-0133 • Fax (718) 261-0340

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/4/08

March 3, 2008

MEMO ENDORSED

Honorable Kevin N. Fox
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 540
New York, NY 10007

RECEIVED
MAR 0 4 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Re: Polanco v. Kim
07 CIV. 7700(DLC)

Dear Honorable Sir:

I am the attorney for the plaintiff Eddy Polanco in the above captioned matter, I am writing with regard to the settlement conference, which has been scheduled before Your Honor for March 4, 2008 at 2:30 pm.

I am requesting a short adjournment of the conference, in contemplation of dismissal of this matter. This afternoon the parties have agreed in principle on the settlement of this matter, pending a written release from the plaintiff. Thus I request a two week adjournment so that we can memorialize the matter. As soon as the parties memorialize the terms of the settlement, we will advise the Court.

Thank you for your attention to this matter.

3/4/08
Based on the above, the Settlement conference is adjourned, sine die. However, on or before March 18, 2008, the parties shall submit to the Court a copy of their fully executed stipulation of discontinuance and order of dismissal.
SO ORDERED:
Kevin Nathaniel Fox, U.S.M.J.

Very truly yours,

Nelly Stotland, Esq.

Cc: John Kondulis, Esq.
James G. Bilello & Associates
875 Merrick Avenue
Westbury, NY 11590-6603