```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
EDDY POLANCO AND FATIMA POLANCO,                    07 CIV 7700 (DLC)(KNF)

                        Plaintiff,

        -against-                                   STIPULATION

YOUNG KIM,
                        Defendant.
-----------------------------------------X
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, the same hereby is discontinued , with prejudice, without costs t either party as against the other , and an order to that effect may be entered without further notice. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 6, 2008
       Queens, NY

_____           _____
**Nelly Stotland, Esq.**                  James G. Bilello & Associates
Attorney for Plaintiff                    Attorneys for Defendant
118-21 Queens Blvd Ste. 404               875 Merrick Avenue
Forest Hills, NY 11375                    Westbury, NY 11590
(718) 261-0133                            (516)-229-4303
                                          by John W. Ko-l-i., (JK4979)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

So ordered-
/s/ Denise Cote
March 19, 2008